David Kaminski (SBN:128509)
kaminskid@cmtlaw.com
Tamar Gabriel (SBN: 266860)
gabrielt@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
COLLECTO, INC. D/B/A
EOS CCA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONI BENEDICT, | CASE NO. |
| Plaintiff, | |
| vs. | **NOTICE OF REMOVAL** |
| COLLECTO, INC. dba EOS CCA, and DOES 1 through 10, inclusive, | |
| Defendant. | |

### DEFENDANT'S NOTICE OF REMOVAL

Defendant COLLECTO, INC. d/b/a EOS CCA hereby files this notice of removal under 28 U.S.C. §1446(a).

### INTRODUCTION

1. Defendant is COLLECTO, INC. d/b/a EOS CCA ("Defendant"); Plaintiff is TONI BENEDICT ("Plaintiff").

2. Upon information and belief, Plaintiff initially filed this case on January 17, 2017 in the Superior Court of California, County of Butte, Case No. 17CV00177. A true and correct copy of Plaintiff's Summons and Complaint is attached hereto as Exhibit "A."

3. On February 6, 2017, Defendant was served with the copy of Plaintiff's Complaint.

4. As service was deemed complete on February 6, 2017, Defendant files this notice of removal within the 30-day time period required by 28 U.S.C. §1446(b), and as extended via FRCP 6.  See *Wells v. Gateways Hosp. & Mental Health Ctr.*, 1996 U.S. App. LEXIS 2287 at *2 (9th Cir. Cal. Jan. 30, 1966).

## A.  BASIS FOR REMOVAL

5. Removal is proper because Plaintiff's Claim involves a federal question.  28 U.S.C. §§1331, 1441(b); *Long v. Bando Mfg. of Am., Inc.*, 201 F.3d 754, 757-58 (6th Cir. 2000); *Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th Cir. 1996).  Specifically, Plaintiff has alleged claims that arise under 15 U.S.C. § 1692, *et seq.* for alleged violations of the Fair Debt Collection Practices Act.  It is therefore an action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a).  This Court also has supplemental jurisdiction over Plaintiff's state claims pursuant to 28 U.S.C. § 1367.

6. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

7. Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the action has been pending.

## B.  JURY DEMAND

8. Plaintiff demands a jury in the state court action.  Defendant also demands a jury trial.

///
///
///
///
///
///

{00062789;1}

2

## C.  CONCLUSION

9. Defendant respectfully requests removal of this action as it involves a Federal question under the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq*.

DATED:  March 6, 2017                    CARLSON & MESSER LLP


By: /s/ Tamar Gabriel
David J. Kaminski
Tamar Gabriel
Attorneys for Defendant,
COLLECTO, INC. d/b/a EOS CCA