# EXHIBIT A

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

COLLECTO, INC. dba EOS CCA, and DOES 1 through 10, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

TONI BENEDICT,



*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

F I L E D
Superior Court of California
County of Butte

JAN 1 7 2017

Kimberly Flener, Clerk
By T. SINGLETON, Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* Superior Court of Butte County<br><br>1775 Concord Ave.<br>Chico, Ca 95928 | **CASE NUMBER:**<br>*(Número del Caso):* CV 00177 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
L. Paul Mankin, Esq., 4655 Cass St., Ste. 112, San Diego, Ca 92109, (800)219-3577

DATE: KIMBERLY FLENER , Deputy
*(Fecha)* JAN 1 7 2017 *(Secretario)* T. SINGLETON *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [X] on behalf of *(specify):* Collecto, Inc. dba EOS CCA

under: [X] CCP 416.10 (corporation)     [ ] CCP 416.60 (minor)
[ ] CCP 416.20 (defunct corporation)     [ ] CCP 416.70 (conservatee)
[ ] CCP 416.40 (association or partnership)     [ ] CCP 416.90 (authorized person)
[ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

SUMMONS

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Paul Mankin, Esq. (SBN 264038)
The Law Office of L. Paul Mankin
4655 Cass St., Ste. 112
San Diego, Ca 92109
Phone: (800) 219-3577
Fax: (323) 207-3885
pmankin@paulmankin.com
www.paulmankin.com
Attorney for Plaintiff



F I L E D
Superior Court of California
County of Butte
JAN 1 7 2017
Kimberly Fiener, Clerk
By T. SINGLETON Deputy

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF BUTTE
### LIMITED JURISDICTION

Case No. **17 CV 00177**

TONI BENEDICT,

Plaintiff,

vs.

COLLECTO, INC. dba EOS CCA, and
DOES 1 through 10, inclusive,

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**COMPLAINT FOR VIOLATION
OF ROSENTHAL FAIR DEBT
COLLECTION PRACTICES ACT AND
FEDERAL FAIR DEBT COLLECTION
PRACTICES ACT**

**(Amount not to exceed $10,000)**

1. Violation of Rosenthal Fair Debt
   Collection Practices Act
2. Violation of Fair Debt Collection
   Practices Act

## I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Rosenthal Fair Debt Collection Practices Act, Cal Civ Code §1788, *et seq.* (hereinafter "RFDCPA") and the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* (hereinafter "FDCPA"), both of which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

## II. PARTIES

2.  Plaintiff, Toni Benedict ("Plaintiff"), is a natural person and is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3) and is a "debtor" as defined by Cal. Civ. Code §1788.2(h).  Plaintiff at all relevant times with respect to this complaint was a resident of the City of Oroville, in the County of Butte, in the State of California.

3.  At all relevant times herein, Defendant, Collecto, Inc. dba EOS CCA ("Defendant"), was a company engaged, by use of the mails and telephone, in the business of collecting a debt from Plaintiff which qualifies as a "debt," as defined by 15 U.S.C. §1692(a)(5), and a "consumer debt," as defined by Cal. Civ. Code §1788.2(f).  Defendant regularly attempts to collect debts alleged to be due another, and therefore is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692(a)(6), and RFDCPA, Cal. Civ. Code §1788.2(c).

4.  Plaintiff does not know the true names and capacities, whether corporate, partnership, associate, individual or otherwise, of Defendants sued herein as Does 1 through 10, inclusive, and therefore names said Defendants under provisions of Section 474 of the California Code of Civil Procedure.

5.  Plaintiff is informed and believes, and on that basis alleges that Defendants Does 1 through 10 are in some manner responsible for acts, occurrences and transactions set forth herein and are legally liable to Plaintiff.

## III. FACTUAL ALLEGATIONS

6.  At various and multiple times prior to the filing of the instant complaint, including within the one year preceding the filing of this complaint, Defendant contacted by Plaintiff on his telephone number ending in -0913 regarding an alleged debt owed.

7.      Within one year prior to the filing of this action, specifically on or around June of 2016, Defendant caused Plaintiff's telephone to ring repeatedly and continuously to annoy Plaintiff.  Defendant communicated with Plaintiff with such frequency as to be unreasonable under the circumstances and to constitute harassment.   The frequency and pattern of Defendant's telephone calls to Plaintiff evidences Defendant's intent to harass Plaintiff.

8.      Defendant has contacted or attempted to contact Plaintiff on a virtual daily basis. As an illustrative example (and not one of limitation), Defendant contacted or attempted to contact Plaintiff approximately five (5) times in one (1) day.

9.      Furthermore, Defendant is contacting or attempting to contact Plaintiff for an alleged debt owed that does not belong to Plaintiff.  Upon information and belief, Plaintiff is in no way legally associated with the alleged debt Defendant is attempting to collect.

10.     On at least two (2) different occasions, Plaintiff has informed Defendant that Defendant is attempting to collect an alleged debt which Plaintiff does not owe.

11.     On at least two (2) different occasions, Plaintiff has demanded that Defendant cease contacting Plaintiff regarding the alleged debt owed.  Plaintiff's demand notwithstanding, Defendant continues to contact or attempt to contact Plaintiff.

12.     The natural and probable consequences of Defendant's conduct in contacting Plaintiff were to harass, oppress or abuse Plaintiff in connection with the collection of the alleged debt.

13.     Defendant's conduct violated the FDCPA and the RFDCPA in multiple ways, including but not limited to:

   a) Engaging in conduct the natural consequence of which is to harass, oppress, or abuse Plaintiff (§1692(d));

Complaint - 3

b) Causing a telephone to ring or engaging any person in telephone conversation repeatedly or continuously with intent to annoy, abuse, or harass any person at the called number (§1692d(5));

c) By attempting to collect an amount not legally owed (§1692e(2));

d) Communicating, by telephone or in person, with Plaintiff with such frequency as to be unreasonable and to constitute a harassment to Plaintiff under the circumstances (Cal Civ Code §1788.11(e)); and

e) Causing a telephone to ring repeatedly or continuously to annoy Plaintiff (Cal Civ. Code §1788.11(d)).

14.     As a result of the above violations of the FDCPA and RFDCPA, Plaintiff suffered and continues to suffer injury to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and emotional distress, and Defendant is liable to Plaintiff for Plaintiff's actual damages, statutory damages, and costs and attorney's fees.

### COUNT I: VIOLATION OF ROSENTHAL
### FAIR DEBT COLLECTION PRACTICES ACT

15.     Plaintiff reincorporates by reference all of the preceding paragraphs.

16.     To the extent that Defendant's actions, counted above, violated the RFDCPA, those actions were done knowingly and willfully.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against Defendant for the following:

A.     Actual damages;
B.     Statutory damages for willful and negligent violations;
C.     Costs and reasonable attorney's fees; and
D.     For such other and further relief as may be just and proper.

### COUNT II: VIOLATION OF FAIR DEBT
### COLLECTION PRACTICES ACT

17.     Plaintiff reincorporates by reference all of the preceding paragraphs.

///

Complaint - 4

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against Defendant for the following:

      A.    Actual damages;
      B.    Statutory damages;
      C.    Costs and reasonable attorney's fees; and,
      D.    For such other and further relief as may be just and proper.

## PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY

Respectfully submitted this January 11, 2017

By:

Paul Mankin, Esq.
Attorney for Plaintiff

Complaint - 5



| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name & Address)*:   TELEPHONE NO: | *FOR COURT USE ONLY* |
|---|---|

ATTORNEY FOR *(Name)*:

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF BUTTE**

☐ Butte County Courthouse
   One Court Street Oroville, CA 95965
   (530) 532-7002

■ North Butte County Courthouse
   1775 Concord Ave., Chico, CA 95928
   (530) 532-7009

PLAINTIFF(S):   **TONI BENEDICT**

DEFENDANT (S):   COLLECTO

FILED
Superior Court of California
County of Butte
JAN 2 4 2017
Kimberly Flener, Clerk
By T. SINGLETON Deputy

**NOTICE OF ASSIGNMENT & CASE MANAGEMENT CONFERENCE**

CASE NUMBER:  17CV00177

1.   NOTICE is given of Assignment of the above entitled case for all purposes to:

Judge: **Stephen E Benson**       Courtroom: **TBA**

2.   NOTICE is given that the Case Management Conference is scheduled as follows:  ̄

Date: **May 19, 2017**     Time: **10:30 A.M.**     Court Facility: ■ Chico (1775 Concord Ave, Chico)

**PLAINTIFF/CROSS COMPLAINANT MUST SERVE THIS NOTICE WITH SUMMONS AND COMPLAINT/CROSS COMPLAINT**

3.   You **must** file & serve a completed Case Management Statement at least fifteen days before the conference.

4.   You **must** be familiar with the case and be fully prepared to participate effectively in the Case Management Conference by personal or telephonic appearance.  (Telephonic appearances are arranged by calling Court Call at 1-888-882-6878).

5.   At the Case Management Conference, the court shall make pretrial orders, including but not limited to:
    a.   Establishing a discovery schedule.
    b.   Ordering the case to mediation or arbitration.
    c.   Dismissing fictitious defendants.
    d.   Scheduling exchange of expert witness information.
    e.   Setting subsequent conferences and the trial date.
    f.   Consolidating cases.
    g.   Severing trial of cross-complaints or bifurcating trial of issues.
    h.   Determining when demurrers, motions to strike and other motions are to be noticed.

**• • • Note:  Counsel and Parties Should Review CRC §3.720-3.730. • • •**

**\* \* Sanctions \* \***

If you do not, (1) file the Case Management Statement, (2) attend the Case Management Conference personally or by telephone (or have counsel attend for you), and/or (3) you (or counsel appearing for you) do not participate effectively in the conference, the court may impose sanctions (including dismissal of the case and payment of money).

I declare under penalty of perjury that I am not a party to this action, am at least 18 years of age and that I personally mailed a copy of this Notice of Assignment & Case Management Conference with the conference date and hearing time inserted to Lee Paul Mankin, a person representing the plaintiff/cross-complainant.

Date:  January 24, 2017       Kimberly Flener, Clerk of the Court, by Teresa Singleton, Deputy.

(A.D. 5-6-15)

(DR.030)
Mandatory       NOTICE OF ASSIGNMENT & CASE MANAGEMENT CONFERENCE