**Paul Mankin, Esq. (264038)**
**Law Offices of Paul Mankin, IV**
**4655 Cass St. Suite 112**
**San Diego, CA 92109**
**Phone: 619-312-6385**
**Fax: 866 633-0228**
**pmankin@paulmankin.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONI BENEDICT, <br><br> Plaintiff, <br><br> vs. <br><br> COLLECTO, INC. dba EOS CCA and DOES 1 through 10, inclusive, <br><br> Defendant. | Case No. 2:17-cv-00483-TLN-CMK <br><br> **STIPULATION TO DISMISS WITHOUT PREJUDICE** |

**TO THIS HONORABLE COURT:**

Plaintiff Toni Benedict and Defendant Collecto, Inc. dba EOS CCA hereby stipulate to the dismissal of this matter, on the merits, without prejudice, all parties to bear his or its own costs and attorneys' fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted this 19th Day of April, 2017
By: /s/Paul Mankin, IV
   **Law Offices of Paul Mankin, IV**
   Attorney for Plaintiff

By: /s/Tamar Gabriel
   **Carlson & Messer LLP**
   Attorney for Defendant

Stipulation to Dismiss- 1

**Error! Unknown document property name.**

## **FILER ATTESTATION**

Pursuant to Rule 5-1(i)(3) of the Local Rules of Practice in Civil Proceedings Before the United States District Court for the Eastern District of California, I, Paul Mankin, IV, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

*s/Paul Mankin IV*
Paul Mankin IV

**Filed electronically on this 19th day of April, 2017 with:**

**United States District Court CM/ECF system**

**Notification sent electronically via the Court's ECF system to:**

**The Honorable Craig M. Kellison**
**California District Court**
**Eastern District of California**

**Tamar Gabriel, Esq.**
**Carlson & Messer LLP**
**5959 W. Century Blvd., Ste. 1214**
**Los Angeles, CA 90045**
**Attorney for all Defendants**

**This 19th day of April, 2017**

**/s/Paul Mankin**
**Paul Mankin, IV**